IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| TIYANA M. | : | |
| | : | |
| v. | : | NO. 25-CV-1929 |
| | : | |
| FRANK BISIGNANO, | : | |
| Commissioner of Social Security | : | |
| | : | |

**O R D E R**

AND NOW, this 20th day of January, 2026, it is hereby ORDERED that Claimant's Request for Review is GRANTED IN PART and the matter REMANDED for review of the relevant medical records by a rheumatologist, followed by the issuance of a supplemental or amended decision by the ALJ.

The Clerk of Court is hereby directed to mark this case as CLOSED.

BY THE COURT:

*/s/ Scott W. Reid*

_____
SCOTT W. REID
UNITED STATES MAGISTRATE JUDGE