IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TIYANA CHRISTINE MILLER      :      CIVIL ACTION
     :
v.      :      No. 25-1929
     :
FRANK BISIGNANO,      :
Commissioner Of Social Security      :

## ORDER

AND NOW this 18th day of February, 2026, upon consideration of Plaintiff Tiyana Miller's Request for Review and the related filings thereafter, and after careful and independent review of the January 29, 2026 Report and Recommendation of United States Magistrate Judge Scott W. Reid, to which no party filed an objection,[1] it is hereby ORDERED as follows:

1. The Report and Recommendation (Dkt. No. 22) is APPROVED and ADOPTED;

2. Miller's Request for Review (Dkt. No. 16) is GRANTED IN PART and the matter REMANDED for review of the relevant medical records by a rheumatologist, followed by the issuance of a supplemental or amended decision by the ALJ; and

3. The Clerk of Court is DIRECTED to mark this case as CLOSED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.

---

[1] The Report and Recommendation was sent to all parties of record on January 29, 2026, together with a Notice from the Clerk of Court advising the parties of their obligation to file any objections within 14 days after service of the Notice. Dkt. No. 22; Dkt. No. 22-2; *see* Local R. Civ. P. 72.1 IV(b) ("Any party may object to a magistrate judge's proposed findings, recommendations or report under 28 U.S.C. § 636(b)(1)(B), and subsections 1(c) and (d) of this Rule within fourteen (14) days after being served with a copy thereof."). As of today's date, however, no objections have been filed. The parties have therefore forfeited de novo review of the Report and Recommendation from this Court. *Nara v. Frank*, 488 F.3d 187, 194 (3d Cir. 2007) ("[F]ailing to timely object to an R & R in a civil proceeding may result in forfeiture of de novo review at the district court level . . . .").